UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JACQUELYN BURTON,

        Plaintiff,

                                                                Case No. 19-cv-0164-bhl

   v.

AMNJ ENTERPRISES INC,
JOEL BURTON,

        Defendants.

## ORDER GRANTING JOINT RENEWED MOTION
## FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

      This matter is before the Court on the parties' Amended and Renewed Joint Motion for Certification of a Collective and Class Action for Settlement Purposes and related settlement relief. Upon careful consideration of the joint motion, the Court will preliminarily approve the parties' settlement agreement. Accordingly,

      **IT IS HEREBY ORDERED:**

1. The parties' amended and renewed joint motion for preliminary approval of their settlement agreement, ECF No. 31, is **GRANTED**, but the Court notes that it will not, as set forth in the agreement, retain continuing jurisdiction over the action and settlement after dismissal.
2. The class is preliminarily certified for purposes of settlement pursuant to Fed. R. Civ. P. 23.
3. The FLSA collective is preliminarily certified for purposes of settlement pursuant to 29 U.S.C. §216(b).
4. The Court preliminarily finds that the parties' settlement of the class claims appears to be fair, reasonable, and adequate as to members of the class, subject to any objections that may be raised at the final fairness hearing and final approval of the class settlement.
5. The Court finds that the parties' settlement of the FLSA claim appears to be fair, reasonable, and adequate as to members of the collective action and grants preliminary approval of the FLSA collective action settlement.

6. The Court approves as to form and content the parties' proposed class settlement notice and claim form as reasonable notice practicable under the circumstances and in full compliance with applicable law.
7. Each class member will be given a full opportunity to file a claim, object to, or opt-out of the Settlement Agreement, and to participate at the final approval hearing.
8. The Court approves the appointment of plaintiff's counsel, Branstetter, Stanch & Jennings, PLLC and Forester Haynie PLLC as Class Counsel and Named Plaintiff, Jacquelyn Burton, as Class Representative.
9. A final fairness hearing will be held on **July 22, 2021** at **10:00 a.m.** at the United States Federal Building and Courthouse, 517 E. Wisconsin Ave. Milwaukee, WI 53202.

Dated at Milwaukee, Wisconsin on April 1, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge