UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JACQUELYN BURTON, individually and
on behalf of similarly situated persons,

        Plaintiff,

    v.                                      Case No. 19-cv-0164-bhl

AMNJ ENTERPRISES, INC., d/b/a
DOMINO'S PIZZA, and JOEL BURTON,

        Defendants.

## ORDER GRANTING MOTION FOR FINAL APPROVAL
## OF CLASS ACTION SETTLEMENT

Before the Court is the Unopposed Motion for Final Approval of a Class Action Settlement, ECF No. 35. Based on the filings of record, and the representations and arguments of counsel, the Court finds that the settlement is a fair, reasonable, and adequate compromise of a bona fide dispute over contested issues.

**IT IS THEREFORE ORDERED that:**

1) the Motion, ECF No. 35, is **GRANTED**,

2) the Parties' class action settlement is finally **APPROVED**,

3) the Parties are directed to execute the settlement pursuant to its terms, and

4) the claims asserted in this action are **DISMISSED** with prejudice, with each Party to bear its own fees and costs except as set forth in the settlement agreement.

Dated at Milwaukee, Wisconsin on July 22, 2021.

                                                          s/ *Brett H. Ludwig*
                                                          BRETT H. LUDWIG
                                                          United States District Judge